# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan Munoz, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> Charlotte A. Burrows, *et al.*, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:21-cv-01116-GMN-BNW <br><br> **ORDER** |

Pending before the Court is the Report and Recommendation, (ECF No. 8), of United States Magistrate Judge Brenda Weksler, which states that Plaintiff's Amended Complaint, (ECF No. 7), should be dismissed with prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 8) (setting an August 3, 2022, deadline for objections).

//

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 8), is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint, (ECF No. 7) is **DISMISSED with prejudice.**

The Clerk is instructed to close the case.

Dated this __6__ day of August, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court